
EOD
07/27/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-43476-BTR-13 |
| | § | |
| JUAN M. RIOS and HILARIA | § | |
| M. MORENO, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A. DBA | § | |
| AMERICA'S SERVICING | § | |
| COMPANY AS SERVICING AGENT | § | |
| FOR U.S. BANK NATIONAL | § | |
| ASSOCIATION, NOT IN ITS | § | |
| INDIVIDUAL CAPACITY BUT | § | |
| SOLELY AS TRUSTEE OF NRZ | § | |
| PASS-THROUGH TRUST V, | § | |
|     Movant | § | HEARING DATE: _____ |
| | § | |
| v. | § | TIME: _____ |
| | § | |
| JUAN M. RIOS and HILARIA | § | |
| M. MORENO; CAREY D. EBERT, | § | |
| Trustee | § | |
|     Respondents | § | JUDGE BRENDA T. RHOADES |

**AGREED ORDER GRANTING MOTION
FOR RELIEF FROM STAY OF ACTION AGAINST DEBTORS PURSUANT TO 11
U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO
11 U.S.C. §362(e) FILED
BY
<u>WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING COMPANY AS
SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH
TRUST V</u>**

On this day came on before the Court the Motion of WELLS FARGO BANK, N.A.

DBA AMERICA'S SERVICING COMPANY AS SERVICING AGENT FOR U.S. BANK

NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS

TRUSTEE OF NRZ PASS-THROUGH TRUST V, Movant, for Relief from the Automatic

Stay. The Court is advised that the parties agree that Debtor shall have 60 days in which to

finalize a loan modification with respect to the hereinafter described property. In the event that a loan modification is not finalized within 60 days, the automatic stay shall terminate, at midnight, October 1, 2017.

Therefore, it is

ORDERED that the Debtor shall have 60 days in which to finalize a loan modification with respect the hereinafter described property. In the event that a loan modification is not finalized within 60 days, the automatic stay of 11 U.S.C. §362 shall terminate, at midnight, October 1, 2017 with respect to Movant on the following described property, to wit:

> BEING LOT 35, IN BLOCK 2, OF VILLAGE NORTH ADDITION, SECOND SECTION, AN ADDITION TO THE CITY OF PLANO, TEXAS, ACCORDING TO THE REVISED MAP THEREOF RECORDED IN VOLUME 6, PAGE 26, OF THE MAP RECORDS OF COLLIN COUNTY, TEXAS. BEING COMMONLY KNOWN AS: 3333 GLENWOOD LANE PLANO, TX 75074.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST V may immediately enforce and implement this Order Lifting Stay.

Signed on 7/27/2017

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY:/s/ JOHN R. CALLISON

| | |
|---|---|
| JOHN R. CALLISON | DIANE   BARRON |
| TX NO. 24076295 | P. O. BOX 1347 |
| 4004 BELT LINE RD. SUITE 100 | NEDERLAND, TX 77627 |
| ADDISON, TX 75001 | |
| Telephone: (972) 386-5040 | ATTORNEY FOR DEBTORS |
| Facsimile: (972) 661-7725 | |
| E-mail: EDECF@BDFGROUP.COM | |
| ATTORNEY FOR MOVANT | |

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ JOHN R. CALLISON
   JOHN R. CALLISON
   TX NO. 24076295
   4004 BELT LINE RD. SUITE 100
   ADDISON, TX 75001
   Telephone: (972) 386-5040
   Facsimile: (972) 661-7725
   E-mail: EDECF@BDFGROUP.COM
   ATTORNEY FOR MOVANT

DIANE   BARRON
P. O. BOX 1347
NEDERLAND, TX 77627

ATTORNEY FOR DEBTORS